# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JOSE CRUZ ELIAS** *Plaintiff* | § § § § § § § § § § § | C.A. No. 14-CV-242 |
| vs. | | Rule 9(h) Admiralty and Federal Question |
| **AMERICAN LONGSHORE MUTUAL ASSOCIATION (CARRIER), AND KEPPEL AMFELS, INC.** *Defendants.* | | |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW Jose Cruz Elias** ("Cruz Elias" or Plaintiff) and files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

## I.
## PARTIES

1. Plaintiff is **Jose Cruz Elias**.

2. Defendant **American Longshore Mutual Association ("ALMA" or "Carrier")** has not been served with process and has not served an answer or a motion for summary judgment.

3. Defendant **Keppel AmFELs, Inc**. has not been served with process and has not served an answer or a motion for summary judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal

1

of the case.

7. Plaintiff has not previously dismissed any federal- or state court suit based on or including the same claims as those presented in this case, however, the underlying dispute involving this case presently pending in the 357th Judicial District Court, Cameron County, Texas under cause no. 2012-DCL-5168-E has or will shortly be resolved and settled pursuant to agreement between the parties.

8. This dismissal is <u>with</u> prejudice.

Respectfully submitted,

/S/ *ABRAHAM MOSS*
ABRAHAM MOSS
TX BAR # 14581700
FED. BAR #364
AMOSS@MOSSLAW.CC
5350 S. STAPLES, SUITE 209
CORPUS CHRISTI, TEXAS 78411
(361) 992-8999
(361) 232-5007

-AND-

THE CREW LAW FIRM, P.C.

*/s/ Paxton N. Crew*
**Paxton N. Crew**
SDTX 859147
TBA No. 24058720
2600 South Shore Blvd. Suite 300
Marina View Building
League City, Texas 77573
Telephone 281-245-3385
Facsimile 281-245-3386
Paxton@thecrewlawfirm.com