IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS CORPUS CHRISTI DIVISION

| JOSE CRUZ ELIAS | § | |
|---|---|---|
| *Plaintiff* | § | |
| | § | C.A. No. 14-CV-242 |
| | § | |
| vs. | § | |
| | § | Rule 9(h) Admiralty and |
| | § | Federal Question |
| AMERICAN LONGSHORE MUTUAL | § | |
| ASSOCIATION (CARRIER), AND | § | |
| KEPPEL AMFELS, INC. | § | |
| *Defendants.* | | |

## ORDER

Before the Court is the motion for voluntary dismissal, with prejudice, filed by Plaintiff Jose Cruz Elias. (Instrument No. 8). Having reviewed the motion, and the fact that neither of the defendants have been served or filed an answer or any other motion in this action, the Court finds that Plaintiff's motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that this matter is **DISMISSED** with prejudice.

Signed this ____ day of September, 2014.

_____
United States District Court Judge